**THE CITY LOAN & SAVINGS COM-
PANY, Plaintiff-Appellant,**

v.

**The EMPLOYERS' LIABILITY ASSUR-
ANCE CORPORATION, LIMITED,
Defendant-Appellee.**

No. 16098.

United States Court of Appeals
Sixth Circuit.

Jan. 12, 1966.

Robert G. Clayton, Toledo, Ohio, Shu-
maker, Loop & Kendrick, Robert B. Gos-
line, Toledo, Ohio, Meredith, Meredith &
Tait, Harry R. Meredith, Lima, Ohio, on
brief, for appellant.

William S. Burton, Cleveland, Ohio,
Joseph A. Rotolo, Arter, Hadden, Wykoff
& Van Duzer, Cleveland, Ohio, for ap-
pellee.

Before WEICK, Chief Judge, and
O'SULLIVAN and CELEBREZZE, Cir-
cuit Judges.

ORDER.

The above cause coming on to be heard on the briefs, record, and arguments of the parties, and the Court being duly advised:

Now, therefore, it is ordered, adjudged and decreed that the decision of the District Court, 249 F.Supp. 633, be and is hereby affirmed for the reasons set forth in the findings of fact and conclusions of law of Judge Battisti.

Entered by order of the Court.